IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GLENN MICHAEL BONANO, JR.

VS.     CRIMINAL NO. 1:12-cr-12-KS-JCG-1

UNITED STATES OF AMERICA

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned case, in which the Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, the Court considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right, and the Court finds that the substantive claim in Petitioner's pleading has no merit..

SO ORDERED this the __14th__ day of September, 2017.

__s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE